# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

VENUE: San Jose

---

UNITED STATES OF AMERICA,

v.    CR 08 0143 RMW

Francisco Mora Alvarez

DEFENDANT.

| INDICTMENT |

VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution and Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 - Aiding and Abetting; and 21 U.S.C. § 853 - Criminal Forfeiture.

_Indict_

A true bill.

_____ Foreman

Filed in open court this 6 day of March 2008

_Karen L. Hom_ — KAREN L. HOM
                                         Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no process

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,           )  CR 08-  0143 RMW
13        Plaintiff,                    )
                                        )  VIOLATIONS:
14     v.                               )  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) –
                                        )  Distribution and Possession with Intent to
15  FRANCISCO MORA ALVAREZ,             )  Distribute Methamphetamine;
                                        )  18 U.S.C. § 2 - Aiding and Abetting; and
16                                      )  21 U.S.C. § 853 - Criminal Forfeiture
        Defendant.                      )
17                                      )
                                        )  SAN JOSE VENUE
18  _____)
19                     INDICTMENT
20  The Grand Jury Charges:
21  COUNT ONE: (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))
22     Beginning at a date unknown to the Grand Jury, but no later than February 27, 2008, in the
23  Northern District of California and elsewhere, the defendant
24                     FRANCISCO MORA ALVAREZ
25  did knowingly and intentionally distribute and possess with intent to distribute a Schedule II
26  controlled substance, to wit:  five hundred (500) grams or more of a mixture or substance
27  containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,
28

and did knowingly aid and abet such distribution and possession with intent to distribute the aforementioned controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION: (21 U.S.C. § 853)

1. The allegation in Count One of this Indictment is realleged and incorporated herein.

2. Upon conviction of the offenses alleged in Count One above, the defendant

### FRANCISCO MORA ALVAREZ

shall forfeit to the United States all property constituting and derived from any proceeds the defendant has obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to the following property:

    a. $9,988 in U.S. currency, which was seized pursuant to a search warrant executed on the residence at 2867 Garden Avenue, San Jose, California on or about February 27, 2008.

2. If, as a result of any act or omission of the defendant, any of said property

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which without difficulty cannot be subdivided;

any and all interest the defendant has in any other property (not to exceed the value of the above

//

//

1  forfeitable property) shall be forfeited to the United States.

2  All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

4  DATED: MARCH 8, 2008                        A TRUE BILL

                                               _____
                                               FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____
                      AUSA Nicole M. Kim

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

e-filing

PENALTY:

See Penalty Sheet Attachment

**DEFENDANT - U.S.**
► FRANCISCO MORA ALVAREZ

DISTRICT COURT NUMBER

RMW

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
Douglas Cook, Special Agent, Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-08-70105 MEJ

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

DATE OF ARREST ► 2/27/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Nicole M. Kim

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

PENALTY SHEET ATTACHMENT:
FRANCISCO MORA ALVAREZ

**Count 1**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) - Distribution and Possession with intent to distribute five hundred (500) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

At least 10 years to life in prison; $4 million fine; at least 5 years supervised release; $100 special assessment