rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 20 M | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 9:48 to 10:13 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>March 12, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>CR08-0143 RMW |

### APPEARANCES

| DEFENDANT<br>Francisco Mora Alvarez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Krystal Brown for Haywood Gilliam | PD. ☐  RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Nicole Kim | | INTERPRETER<br>Melinda Basker - Spanish | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Betty Kim | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG cont'd | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 100,000 | SPECIAL NOTES<br>Post Prop by 4/4/8 | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☒<br>221 Monterey, Avenal, CA | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>04/07/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Judge Ronald M. Whyte | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Gov't to prepare Order excluding time from STA. Gov't indicated that this case is related to CR08-0083 PJH US v. Zaragoza, et at. Gov't to file a Related Case Notice. Dft to be released when the property is posted. Dft also ordered to appear on 4/4/8 at 10:30AM before Judge Spero for Bond Posting and Bond Signing of father Francisco Mora Gonzalez.

KLH, JCS, JG

DOCUMENT NUMBER: