1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Ave.
6     San Francisco, California  94102
      Telephone:  (415) 436-6401
7     Fax:  (415) 436-6982
      E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15
   UNITED STATES OF AMERICA,         )    No. CR 08-0143 RMW
16                                   )
         Plaintiff,                  )    [PROPOSED] ORDER EXCLUDING
17                                   )    TIME FROM SPEEDY TRIAL ACT
      v.                             )    COMPUTATION
18                                   )
   FRANCISCO MORA ALVAREZ,           )
19                                   )
         Defendant.                  )
20 _____    )

21

22      The parties appeared before the Hon. Joseph C. Spero, United States Magistrate Judge, on

23 March 12, 2008 at 9:30 a.m.  Defendant Francisco Mora Alvarez ("ALVAREZ") appeared in

24 custody with attorney Krystal Bowen, who appeared specially for attorney Haywood Gilliam.

25 The United States appeared through Assistant United States Attorney Nicole M. Kim.

26      On February 27, 2008, defendant ALVAREZ was charged in a criminal complaint with

27 violations of Title 21, United States Code, Section 841 and Title 18, United States Code, Section

28 2.  On that same day, defendant ALVAREZ appeared in federal district court on those charges.

Speedy Trial Act Order
U.S. v. Francisco Mora Alvarez (08-0143 RMW)      1

1  On March 6, 2008, a federal grand jury indicted defendant ALVAREZ for the aforementioned
2  violations. On March 12, 2008, defendant ALVAREZ was arraigned on the charges set forth in
3  Indictment Crim. No. 08-0143 RMW. A status conference before the Hon. Ronald M. Whyte
4  was set for April 7, 2008 at 9:00 a.m. The parties agreed to a continuance of this case until April
5  7, 2008.

6      Based upon the agreement of the parties in open Court, the Court FINDS THAT the ends
7  of justice served by granting a continuance from March 6, 2008 through April 7, 2008 outweigh
8  the best interest of the public and the defendant in a speedy trial, and that for continuity of
9  counsel and effective and adequate preparation for the case, the Court ORDERS THAT:

10      1.    This case is continued to April 7, 2008 for further status and for possible setting
11  of motions and trial dates.

12      2.    The period from March 6, 2008 through and including April 7, 2008 is
13  excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. §
14  3161(h)(8)(A) and (B)(ii) and (iv).

17  Dated: March 17, 2008



Judge Joseph C. Spero

**Speedy Trial Act Order**
**U.S. v. Francisco Mora Alvarez (08-0143 RMW)**    2