1  Bingham McCutchen LLP
   HAYWOOD S. GILLIAM, JR. (SBN 172732)
2  haywood.gilliam@bingham.com
   ABIGAIL CONZATTI NICHOLS (SBN 252452)
3  abigail.nichols@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendant
   FRANCISCO MORA ALVAREZ

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10            SAN JOSE DIVISION AND SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA,<br><br>13         Plaintiff,<br>        v.<br>14<br>   FRANCISCO MORA ALVAREZ,<br>15<br>         Defendant.<br>16 | No. CR-08-0143 RMW<br><br>**PROOF OF SERVICE**<br><br>[Filed March 6, 2008]<br><br>(San Jose Venue) |
| 17  UNITED STATES OF AMERICA,<br><br>18         Plaintiff,<br><br>19         v.<br><br>20  GUILLERMO ALEJANDRO ZARAGOZA, et al.,<br>21<br>         Defendant.<br>22 | No. CR-08-0083 PJH<br><br>[Filed February 19, 2008]<br><br>(San Francisco Venue) |

23
24
25
26
27
28

A/72478260.1                                              CR-08-0143 RMW

PROOF OF SERVICE

## PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On March 21, 2008, I served the attached:

**REQUEST FOR RELATED CASE FINDING**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by **Error! Reference source not found.** in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☒ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☐ (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

Hon. Phyllis J. Hamilton
U.S. District Court
Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on March 21, 2008, at San Francisco, California.

_____
Linda K. Vallin

A/72478260.1   1   CR-08-0143 RMW