1  Bingham McCutchen LLP
   HAYWOOD S. GILLIAM, JR. (SBN 172732)
2  haywood.gilliam@bingham.com
   ABIGAIL CONZATTI NICHOLS (SBN 252452)
3  abigail.nichols@bingham.com
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286

6  Attorneys for Defendant
   FRANCISCO MORA ALVAREZ

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10       SAN JOSE DIVISION AND SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | No. CR-08-0143 RMW |
| 13          Plaintiff, | **PROOF OF SERVICE** |
|         v. | |
| 14  FRANCISCO MORA ALVAREZ, | [Filed March 6, 2008] |
| 15          Defendant. | (San Jose Venue) |
| 16 | |
| 17  UNITED STATES OF AMERICA, | No. CR-08-0083 PJH |
| 18          Plaintiff, | [Filed February 19, 2008] |
| 19          v. | (San Francisco Venue) |
| 20  GUILLERMO ALEJANDRO ZARAGOZA, et al., | |
| 21          Defendant. | |
| 22 | |

23

24

25

26

27

28

## PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On March 21, 2008, I served the attached:

### REQUEST FOR RELATED CASE FINDING

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by **FedEx** in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☐ (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on March 24, 2008, at San Francisco, California.

_____
Linda K. Vallin

SERVICE LIST

| | |
|---|---|
| Eric Matthew Hairston<br>Federal Public Defender<br>450 Golden Gate Avenue, 19th Floor<br>San Francisco, CA 94102<br><br>Attorney for: Defendant Guillermo Alejandro Zaragoza | Claire Margaret Leary<br>Law Office of Claire Leary<br>912 Cole Street<br>Suite 347<br>San Francisco, CA 94117<br><br>Attorney for: Defendant Eduardo Zaragoza |
| Elizabeth Meyer Falk<br>Office of the Public Defender's Office<br>450 Golden Gate Avenue 19th Floor<br>San Francisco, CA 94102<br><br>Attorney for: Defendant Manuel Corona Contreras | Nina Wilder<br>Weinberg & Wilder<br>523 Octavia Street<br>San Francisco, CA 94102<br><br>Attorney for: Defendant Manuel Corona Contreras |
| Douglas L. Rappaport<br>Offices of Douglas L. Rappaport<br>260 California St., 10th Floor<br>San Francisco, CA 94111<br><br>Attorney for: Defendant Richard Aldo Parodi | Gail R. Shifman<br>Attorney at Law<br>633 Battery Street, Suite 635<br>San Francisco, CA 94111<br><br>Attorney for: Defendant Martin Estrada Zaragoza |
| Steve Emery Teich<br>Attorney at Law<br>1390 Market St. #310<br>San Francisco, CA 94102<br><br>Attorney for: Defendant David Bejines Quezada | Susan Marie Raffanti<br>Law Office of Susan Raffanti<br>483 Ninth Street<br>Suite 200<br>Oakland, CA 94607<br><br>Attorney for: Defendant David Bejines Quezada |
| Brian P. Berson<br>Law Offices of Brian Berson<br>235 Montgomery Street<br>Suite 625<br>San Francisco, CA 94104<br><br>Attorney for: Defendant David Blake Weld | Steve Gary Kalar<br>Federal Public Defender's Office<br>450 Golden Gate Avenue<br>19th floor<br>San Francisco, CA 94102<br><br>Attorney for: Defendant Juan Zaragoza |
| Roger William Patton<br>Patton Wolan Boxer<br>1814 Franklin Street<br>Suite 501<br>Oakland, CA 94612<br><br>Attorney for: Defendant Juan Zaragoza | Robert William Lyons<br>Law Offices of Robert W. Lyons<br>295 West Winton Avenue<br>Hayward, CA 94544<br><br>Attorney for: Defendant Martel Murillo Valencia |

A/72478611.1

| | |
|---|---|
| Robert Frederick Waggener<br>Law Office of Robert Waggener<br>214 Duboce Ave<br>San Francisco, CA 94103<br><br>Attorney for: Defendant Martel Murillo Valencia | Olga Kelley<br>Law Offices of Olga Kelley<br>5032 Woodminster Lane<br>Oakland, CA 94602<br><br>Attorney for: Defendant Angelica Maria Rodriguez |
| Seth P. Chazin<br>Attorney at Law<br>1164 Solano Avenue<br>Albany, CA 94706<br><br>Attorney for: Defendant Angelica Maria Rodriguez | Christine Carr O'Connor<br>555 California St.<br>26 Fl.<br>San Francisco, CA 94104<br><br>Attorney for: Defendant Paul Anthony Kozina |
| John D. Cline<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br><br>Attorney for: Defendant Paul Anthony Kozina | Garrick Sherman Lew<br>Law Office of Garrick S. Lew<br>600 Townsend Street<br>Suite 329E<br>San Francisco, CA 94102<br><br>Attorney for: Defendant Irma Corona |