1  Haywood S. Gilliam, Jr.
   Bingham McCutchen LLP
2  Three Embarcadero Center
   San Francisco, CA 94111
3
   Attorney for Defendant
4  FRANCISCO MORA ALVAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 08-0143 PJH |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR STATUS HEARING |
| v. ) | |
| ) | |
| FRANCISCO MORA ALVAREZ ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY REQUESTED by Assistant United States Attorney Nicole M. Kim, on behalf of the United States, and attorney Haywood Gilliam, on behalf of his client, defendant FRANCISCO MORA ALVAREZ, that the date for a status hearing in this matter be set for Wednesday, April 9, 2008 at 1:30 p.m.

DATED: April 2, 2008                    /s/ Nicole M. Kim
                                        NICOLE M . KIM
                                        Assistant U.S. Attorney

Request for Hearing
Crim. No. 08-0143 PJH

1