1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
        450 Golden Gate Ave.
6       San Francisco, California  94102
        Telephone:  (415) 436-6401
7       Fax:  (415) 436-6982
        E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN FRANCISCO DIVISION
13

14

15
   UNITED STATES OF AMERICA,           )   No. CR 08-0143 PJH
16                                     )
         Plaintiff,                    )   [PROPOSED] ORDER EXCLUDING
17                                     )   TIME FROM SPEEDY TRIAL ACT
         v.                            )   COMPUTATION
18                                     )
   FRANCISCO MORA ALVAREZ,             )
19                                     )
         Defendant.                    )
20  _____)

21

22      The parties appeared before the Court on April 9, 2008 at 1:30 p.m.  Defendant Francisco

23  Mora Alvarez appeared in custody with attorney Haywood Gilliam.  The United States was

24  represented by Assistant U.S. Attorney Nicole M. Kim.  The parties requested that this matter

25  track the calendar previously set for the related criminal case, United States v. Guillermo

26  Zaragoza et al. CR 08-0083 PJH, and requested a continuance of this case until May 21, 2008 at

27  1:30 p.m. – the next status hearing date in the related case.  The Government represented that

28  discovery materials have already been provided to defendant's counsel and additional discovery

**Speedy Trial Act Order**
**U.S. v. Francisco Mora Alvarez (08-0143 PJH)**          1

is in the process of being produced. Accordingly, the parties agreed that the entire period from the inception of this case through and including May 21, 2008 should be excluded from the otherwise applicable Speedy Trial Act computation because the factual complexity of the related criminal case renders it unreasonable to expect adequate and effective preparation for pretrial proceedings and for the trial in the current matter within the otherwise applicable time limits set forth in the Speedy Trial Act.

Based upon the above-described representations and the parties's agreement in open Court, the Court FINDS THAT the ends of justice served by granting a continuance from the inception of this case through and including May 21, 2008 outweigh the best interest of the public and the defendant in a speedy trial, and that the related criminal case is so factually complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect effective and adequate preparation for pretrial proceedings and for the trial in the current matter within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Accordingly, the Court ORDERS THAT:

1.   This case is continued to May 21, 2008 at 1:30 p.m. for further status and for possible setting of motions and trial dates.

2.   The period from the inception of this case through and including May 21, 2008 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Dated: April __, 2008

HON. PHYLLIS J. HAMILTON
United States District Judge

Speedy Trial Act Order
U.S. v. Francisco Mora Alvarez (08-0143 PJH)        2