# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: April 9, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0143 PJH**

**Case Name:   United States v.   Francisco Mora Alvarez (C)(Spanish Int.)**


**Attorney for Plaintiff:      Nicole Kim**
**Attorney for Defendant:  Haywoon Gilliam**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Jim Yeomans

**Interpreter:** Christina Visus (Spanish)


### PROCEEDINGS

        Trial Setting-Held.  The government informs the court that discovery has been produced.
Time is excluded from 4/9/08 to 5/21/08 for complexity of related case and effective preparation
of counsel as stated on the record.  The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO: May 21, 2008 at 1:30 p.m. for Status/Trial Setting** .


-------------------------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY:** Category  Begins 4/9/08 Ends 5/21/08
-------------------------------------------------------------------------------------------------------------------------


**cc:** chambers