## PROPOSED ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | **FILED** | **RE:** | Francisco Mora Alvarez |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | JUN 0 3 2008 | **DOCKET NO.:** | CR08-00143 PJH |
| **DATE:** | May 31, 2008 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

__Jaime Carranza__                                                    __408-535-5226__
**SENIOR U.S. PRETRIAL SERVICES OFFICER**            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [x] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *Per PTS*

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)
  A.
  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [ ] Other Instructions:

_____
_____

__[signature]__                                         __6/3/08__
**JUDICIAL OFFICER**                        **DATE**

Cover Sheet (03/26/08)