~~PROPOSED~~ ORDER/COVER SHEET

FILED
2008 JUN 16 AM 10:34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

TO: Honorable Joseph C. Spero
U.S. Magistrate Judge

RE: Francisco Mora Alvarez

FROM: Richard Weiking, Acting Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR08-00143 PJH

DATE: June 13, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime Carranza                              408-535-5226
SENIOR U.S. PRETRIAL SERVICES OFFICER       TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *per PTS*

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER

DATE: 6/16/08

Cover Sheet (03/26/08)