Bingham McCutchen LLP
HAYWOOD S. GILLIAM, JR. (SBN 172732)
haywood.gilliam@bingham.com
ABIGAIL CONZATTI NICHOLS (SBN 252452)
abigail.nichols@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendant
FRANCISCO MORA ALVAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FRANCISCO MORA ALVAREZ,<br><br>　　　　　Defendant. | No. CR-08-0143 PJH (JCS)<br><br>[PROPOSED] ORDER GRANTING EX PARTE REQUEST TO MODIFY THE DEFENDANT'S ELECTRONIC MONITORING CONDITION DUE TO RECENT BIRTH OF HIS DAUGHTER |

1  Good cause appearing, it is HEREBY ORDERED that defendant Francisco Mora
2  Alvarez's release conditions are modified to permit Mr. Alvarez to leave his home to travel, with
3  prior approval of his Pretrial Services Officer, to San Jose, California to visit his significant
4  other, Esmaralda Espinoza, and their newborn baby.

DATED: July ___, 2008

By:_____
Joseph C. Spero
United States Magistrate Judge