1  Bingham McCutchen LLP
   HAYWOOD S. GILLIAM, JR. (SBN 172732)
2  haywood.gilliam@bingham.com
   ABIGAIL CONZATTI NICHOLS (SBN 252452)
3  abigail.nichols@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
5  Facsimile: 415.393.2286

6  Attorneys for Defendant
   FRANCISCO MORA ALVAREZ
7

**FILED**

JUL 0 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            No. CR-08-0143 PJH (JCS)

13            Plaintiff,                 [PROPOSED] ORDER GRANTING EX
        v.                                PARTE REQUEST TO MODIFY THE
14                                       DEFENDANT'S ELECTRONIC
    FRANCISCO MORA ALVAREZ,              MONITORING CONDITION DUE TO
15                                       RECENT BIRTH OF HIS DAUGHTER
              Defendant.
16

A/72583178.1/0999997-0000929105                                CR-08-0143 PJH (JCS)

[PROPOSED] ORDER GRANTING REQUEST TO MODIFY THE DEFENDANT'S ELECTRONIC MONITORING
CONDITION

1      Good cause appearing, it is HEREBY ORDERED that defendant Francisco Mora
2  Alvarez's release conditions are modified to permit Mr. Alvarez to leave his home to travel, with
3  prior approval of his Pretrial Services Officer, to San Jose, California to visit his significant
4  other, Esmaralda Espinoza, and their newborn baby.

6  DATED: July 2, 2008

8  By: _____  **Maria Elena James**
9  ~~Joseph C. Spero~~
    United States Magistrate Judge

A/72583178.1/0999997-0000929105   1   CR-08-0143 PJH (JCS)

[PROPOSED] ORDER GRANTING REQUEST TO MODIFY THE DEFENDANT'S ELECTRONIC MONITORING CONDITION